**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER**

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer | Date: November 16, 2006 |
| Court Reporter: Janet Coppock | Time: 00:05 minutes |
| Probation Officer: Jan Woll | |

**Case No.  04-cr-00512-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Gregory Holloway |
| Plaintiff, | |
| vs. | |
| **JEFFREY MICHAEL SEIB** | Matthew Golla |
| Defendant. | |

### COURTROOM MINUTES

**8:30 a.m    COURT IN SESSION**

APPEARANCES OF COUNSEL.

The defendant's appearance has been waived for this hearing.

Opening statements by the court.

Discussion on the Government's Motion to Reduce Sentence.

**ORDERED:**  The Government's Motion to Reduce Sentence *6 months pursuant to Rule 35(b),* [#35] filed July 20, 2006, is **granted**.

**8:35 a.m.    COURT IN RECESS**

**Hearing concluded**