IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1: 04-cr-00512-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JEFFREY MICHAEL SEIB,

    Defendant.

---

ORDER FOR SENTENCE REDUCTION UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

---

Upon consideration of the Government's Motion to Reduce the Defendant's Sentence 6 Months Pursuant to Rule 35(b), and for good cause shown, it is hereby

ORDERED that the Defendant's sentence is reduced by six (6) months pursuant to Rule 35(b).

Dated this 16 day of November, 2006.

By the COURT:

The Honorable Walker D. Miller
United States District Court Judge
District of Colorado